IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLITCH PRODUCTIONS PTY LTD,<br><br>  Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>  Defendants. | Case No. 25-cv-02599 |

**NOTIFICATION OF AFFILIATES**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Glitch Productions Pty Ltd ("Plaintiff"), by and through its undersigned counsel, certifies that Plaintiff is equally owned by Kevin Lerdwichagul and Luke Lerdwichagul.

Dated this 12th day of March 2025.         Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Glitch Productions Pty Ltd*

1