**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GLITCH PRODUCTIONS PTY LTD,

             Plaintiff,

    v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

             Defendants.

Case No. 25-cv-02599

**Judge Mary M. Rowland**

**Magistrate Judge Keri L. Holleb Hotaling**

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AGAINST THE DEFENDANTS IDENTIFIED ON SCHEDULE A, WITH THE
<u>EXCEPTION OF A CERTAIN DEFENDANT</u>**

Plaintiff Glitch Productions Pty Ltd ("Plaintiff") moves this Honorable Court to enter

Default and Default Judgment against all Defendants remaining in this case, with the exception of

Defendant No. 30.[1] A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 29th day of August 2025.        Respectfully submitted,

        /s/ Martin F. Trainor
        Martin F. Trainor
        Sydney Fenton
        Alexander Whang
        TME Law, P.C.
        10 S. Riverside Plaza
        Suite 875
        Chicago, Illinois 60606
        708.475.1127
        martin@tme-law.com
        sydney@tme-law.com
        alexander@tme-law.com

        *Counsel for Plaintiff Glitch Productions Pty
        Ltd*

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 29th day of August 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will electronically publish the documents on a website and send an email to the email addresses identified in Exhibit A hereto that includes a link to said website.

<div style="margin-left:50%">

<u>/s/ Martin F. Trainor</u>
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Glitch Productions Pty Ltd*

</div>

2